# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 76 EM 2021

             Respondent   :

             v.   :

ERNEST ADKINS,   :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2022, the "Application for Supersedeas" is DENIED.